FREDA GLANTZ V. CHARLES-LEE BUILDING CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE MANHATTAN LIFE INSURANCE COMPANY, Respondent, v. AARON SCHWARTZ and HENRIETTA SCHWARTZ, Appellants.—Action to rescind the double indemnity and disability provisions of a policy of insurance on the life of Aaron Schwartz, in which Henrietta Schwartz was named as beneficiary, on the ground of fraud. Judgment canceling said provisions and dismissing counterclaim unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

HAROLD L. TUNISON and Others, Respondents, v. RICHARD WHITNEY, Appellant. —Action to recover the sum of $6,000 claimed by the plaintiffs as the accrued minimum license fee under the terms of a license contract for the year expiring November 18, 1934. Order denying, after reargument, defendant's motion for judgment dismissing the amended complaint for insufficiency, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

JULIUS KAYSER & Co., Plaintiff, v. THE NATIONAL CITY BANK OF NEW YORK, Defendant, and MANUFACTURERS TRUST COMPANY and ERIC ZERM, Defendants, Impleaded, and MERCANTILE BANK AND TRUST COMPANY, Defendant, Impleaded, Appellant, and GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, as Liquidator of the NATIONAL SURETY COMPANY, Defendant, Impleaded, Respondent.—Action for conversion of twenty-five checks paid on forged indorsements. Judgment so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of ALURION REALTY CORPORATION, Appellant, for a Peremptory Mandamus Order against SAMUEL LEVY, as President of the Borough of Manhattan, Respondent.— Order, as resettled, denying petitioner's motion for a peremptory order of mandamus directing defendant to issue curb cut permits adjoining petitioner's property, affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Martin, P. J., and Merrell, J., dissent and vote to reverse and grant a new trial.

SADIE FASSBINDER, Respondent, v. SUN INSURANCE OFFICE, LIMITED, a Foreign Corporation, Appellant.—Action to reform a policy of fire insurance and for a money judgment for damage to property covered by said policy.* The policy erroneously described plaintiff's address as 65 Second avenue instead of 55 Second avenue. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.